**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Terry Smith v. The State of Texas

Appellate case number:    01-12-00661-CR, 01-12-00662-CR, 01-12-00663-CR

Trial court case number:  10-DCR-055807A (Counts I, II, III)

Trial court:              400th District Court of Fort Bend County

On May 29, 2013, appellant moved to supplement the clerk's record in the above-referenced appeals with, inter alia, "[a] certified copy of the criminal docket." On June 6, 2013, we dismissed the motion as moot because the clerk's record on file in this Court already contained a copy of the docket sheet, as required by Rule of Appellate Procedure 34.5(a)(3). *See* TEX. R. APP. P. 34.5(a)(3).

Appellant filed a motion for reconsideration of the order, explaining that the docket sheet on file is missing two entries, dated September 4, 2012 and September 26, 2012, which were made after the clerk's record was prepared.

On June 17, 2013, the district clerk filed a supplemental clerk's record containing an updated docket sheet, which includes the above entries. The motion for reconsideration is **dismissed as moot**.

It is so **ORDERED**.

Judge's signature: /s/ Laura C. Higley
                   ☑ Acting individually    ☐ Acting for the Court

Date: June 20, 2013